

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2018

No. 04-18-00331-CV

**CITY OF PEARSALL**,
Appellant

v.

Sergio **CORREA**,
Appellee

From the 218th Judicial District Court, Frio County, Texas
Trial Court No. 16-12-00464CVF
Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellant's brief was filed on August 23, 2018. Therefore, appellee's brief was due to be filed on September 12, 2018. As of this date, neither the appellee's brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellee show cause in writing *within ten (10) days* from the date of this order why this appeal should not be set at issue. If appellee fails to respond, this appeal will be set at issue without an appellee's brief.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court